George R. Adams and William Fenton Adams, as Executors, etc., of Emma E. Adams, Deceased, Appellants, v. Charles W. Mead and Others, Respondents.— Judgment and order unanimously affirmed, with costs of appeal from judgment.

Adams Laundry Machinery Company, Appellant, v. Joseph H. Prunier, Respondent.— Judgment and orders affirmed, with costs. All concurred, except Houghton J., dissenting as to the addition of interest to the verdict.

Joseph Bell, Respondent, v. H. S. Kerbaugh, Incorporated, Appellant.— Judgment and order unanimously affirmed, with costs.

Henry R. Brigham, Respondent, v. Ocean Accident and Guarantee Company, Limited, Appellant. — Judgment and order unanimously affirmed, with costs.

Charles P. Burdick, Respondent, v. Town of Johnstown, Appellant.— Judgment and order unanimously affirmed, with costs.

John Casey, Respondent, v. Charles I. Baker, Appellant.— Judgment and order unanimously affirmed, with costs.

Louis Campbell, Respondent, v. Arden L. Norton, Appellant.— Judgment and order unanimously affirmed, with costs.